# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No. 10 CR 779 |
| | Judge James B. Zagel |
| MARVIN BENNET. | |

## MEMORANDUM OPINION AND ORDER

Defendant is not eligible for a reduction of his sentence. The defendant previously received a non-Guidelines sentence pursuant to 18 U.S.C. § 3553 and *Booker*. Specifically, at his original sentencing hearing, Defendant faced a range of 121-151 months under the Guidelines, but the Court, citing *Booker* and consideration of 18 U.S.C. § 3553 factors, imposed a sentence of 90 months. Pursuant to 1B.10(b)(2)(A), the Court "*shall not* reduce the defendant's term of imprisonment under 18 U.S.C. § 3582(c)(2) and this policy statement to a term that is less than the minimum of the" new, amended Guidelines range. Because the original non-guidelines sentence of 90 months is less than the low end of the amended range, 100 months, this Court cannot further reduce Defendant's sentence. In *Dillon v. United States*, 130 S.Ct. 2683, 2692-93 (2010), the Supreme Court held that the Commission's policy statements that limit the discretion of the sentencing court in Section 3582(c) motions are binding, notwithstanding *Booker*. Defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c) is denied.

ENTER:

*[signature: James B. Zagel]*

James B. Zagel
United States District Judge

DATE: May 24, 2016

1